AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| JEFF EDWARDS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-3137 (BMC) |
| NASSAU COUNTY; OFFICER GRIMALDI; et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nassau County, Officer Grimaldi, and Officer Wells.

Date: 08/04/2022

/s/ Matthew M. Rozea
*Attorney's signature*

Matthew M. Rozea (MR 9384)
*Printed name and bar number*

1 West Street
Mineola, New York 11501

*Address*

mrozea@nassaucountyny.gov
*E-mail address*

(516) 571-3056
*Telephone number*

*FAX number*