UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JEFF EDWARDS,

                Plaintiff,

  -against-

NASSAU COUNTY, OFFICER ROBERT JONES, and JOHN DOES 1-2,

                Defendants.

-----------------------------------------------------------------x

Case No. 22-CV-3137 (BMC)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties to the above-captioned action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and that no person not a party has an interest in the subject matter of this action, that the above-captioned action be and the same is hereby dismissed under Fed. R. Civ. P. 41(a)(1) against the Defendants with prejudice and without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 15, 2023

Rickner, PLLC

By: _____
Stephanie Panousieris, Esq.
14 Wall Street, Suite 1603
New York, New York 10005
(212) 300-6506
stephanie@ricknerpllc.com

*Attorneys for Plaintiff*

Hon. Thomas A. Adams
Nassau County Attorney

By: _____
Matthew M. Rozea, Esq.
One West Street
Mineola, New York 11501
(516) 571-0709
mrozea@nassaucountyny.gov

*Attorney for Defendants*